

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00410-CV

| | | |
|---|---|---|
| ROBERT R. COLE, JR., INDIVIDUALLY, AND AS ASSIGNEE OF THE ESTATE OF JUDGE ROBERT R. COLE, DECEASED, Appellant | § | On Appeal from Probate Court |
| | § | of Denton County (PR-2014-00027-01) |
| V. | § | April 28, 2022 |
| CAROL LYNN WOLFRAM, SUCCESSOR GUARDIAN AD LITEM AND ATTORNEY AD LITEM, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Robert R. Cole, Jr., Individually, and as Assignee of the Estate of Judge Robert R. Cole, Deceased, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth